UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:16-cv-0365 AC |
| Plaintiff, | |
| v. | ORDER |
| PDF DEVELOPMENT, LLC, | |
| Defendant. | |

This matter has been referred to the undersigned, by consent, to conduct all further proceedings in this case, including trial and entry of final judgment. ECF Nos. 11 (order); see 28 U.S.C. § 636(c); E.D. Cal. R. 305.

IT IS HEREBY ORDERED THAT:

1. The parties are directed to promptly meet and confer to discuss settlement of this action. Settlement discussions require focus and preparation and should involve the attorneys who will try the case and the person or persons having full authority to negotiate and settle the case on any terms. Plaintiff should initiate settlement discussions by providing a written itemization of damages and a meaningful settlement demand that includes a brief explanation of why the demand is appropriate.

Defendants should respond with an acceptance of the offer or with a meaningful counteroffer, and which includes a brief explanation of why the counteroffer is reasonable. The

1 | parties should continue in this way until they reach settlement or have exhausted settlement
2 | efforts. The parties shall file a joint status report advising the court whether they have reached
3 | settlement or exhausted efforts to settle no later than 60 days of the date of this order. If the
4 | parties believe they have exhausted their efforts to settle, the joint report shall include the dates on
5 | which they have exchanged offers and the date settlement discussions concluded.
6 |        2. All previously set deadlines/hearings are VACATED and this case is STAYED
7 | pending further order of the court.
8 | DATED: May 24, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE